IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEODIS RANDLE                                                                  PLAINTIFF

v.                              No. 4:20-cv-1385-DPM

CRIME STOPPERS, and the
LITTLE ROCK POLICE
DEPARTMENT                                                                  DEFENDANTS

## ORDER

Leodis Randle is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Randle v. Peters, et al.*, 4:14-cv-280-BRW; *Randle v. Arkansas, et al.*, 4:17-cv-291-BSM; and *Randle v. Doe*, 4:18-cv-529-BRW. He claims, though, that he's in imminent danger. He says a suspect who he informed on is in the Pulaski County Jail, too, and "has family and friends that work at the jail and family and gang buddies that are inmates at the jail also[.]" *Doc. 1-1 at 1.*

Randle's allegation of imminent danger is too thin on particulars. Randle doesn't claim, for example, that he's currently housed near the suspect. Nor does he claim that anyone has threatened him since he returned to the jail on a probation revocation. Without more, Randle's subjective belief isn't enough to show he's in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Randle's complaint will be dismissed without prejudice. If Randle wants to pursue this case then he must pay $400 (the filing and administrative fees) and file a motion to reopen the case by 15 January 2021. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 December 2020