IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEODIS RANDLE                                                                PLAINTIFF

v.                          No. 4:20-cv-1385-DPM

CRIME STOPERS, and the
LITTLE ROCK POLICE
DEPARTMENT                                                                DEFENDANTS

JUDGMENT

Randle's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2020